# United States District Court

------------------------- DISTRICT OF KANSAS-------------------------

**FREDDIE A. OWENS,**

        **Plaintiff,**

v.          Case No:   25-4019-EFM

**JAY BEFORT, TIMOTHY L. FIELDER,
GOPPERT STATE SERVICE BANK, and
GOPPERT STATE SERVICE BANK BOARD
OF DIRECTORS,**

        **Defendant(s),**

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.  IT IS ORDERED

that pursuant to the Memorandum and Order filed on September 10, 2025, Doc. 20, Defendants' Motion to Dismiss, Doc. 6, is GRANTED.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss, Doc. 9, is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Hearing, Doc. 18, is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Order, Doc. 19, is DENIED.

This case is closed.

  September 10, 2025                                          SKYLER O'HARA
     Date                                                   CLERK OF THE DISTRICT COURT

                                                                       by:  s/ Cindy McKee
                                                                            Deputy Clerk